**MASCHOFF BRENNAN**
Charles J. Veverka (#07110)
1389 Center Drive, Suite 300
Park City, Utah 84098
Telephone: (435) 252-1360
Facsimile: (435) 252-1361
E-mail: *cveverka@mabr.com*

**ONE LLP**
Christopher W. Arledge (*pro hac* admission)
Joseph K. Liu (*pro hac* admission)
Nate L. Dilger (*pro hac* admission)
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081
E-mail: *carledge@onellp.com*
E-mail: *jliu@onellp.com*
E-mail: *ndilger@onellp.com*

*Attorneys for Plaintiff SkipPrint, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SKIPPRINT, LLC, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALPHAGRAPHICS, INC., an Utah corporation, <br><br> Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Civil Case No. 2:13-cv-00396-DB <br><br> Judge Dee Benson |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii) Plaintiff SkipPrint LLC and Defendant AlphaGraphics, Inc. hereby stipulate to the dismissal of all claims in this action, with prejudice.  Each side to bear its own attorney's fees and costs.

Respectfully submitted this 2nd day of June, 2014.

**MASCHOFF BRENNAN**

/s/  *C.J. Veverka*
C.J. Veverka

*Counsel for Plaintiff  SkipPrint, LLC*


**PARSONS BEHLE & LATIMER**

/s/  *Michael P. Petrogeorge*
  MICHAEL P. PETROGEORGE
  *Counsel for Defendant Alphagraphics, Inc.*